■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY KIRKMAN, Appellant. [703 NYS2d 421] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that he was denied effective assistance of counsel. Counsel afforded meaningful representation by negotiating a favorable plea and sentence agreement (*see, People v Baldi*, 54 NY2d 137, 147; *People v Polanco* [appeal No. 1], 216 AD2d 957, *lv denied* 86 NY2d 800; *People v Saggese*, 135 AD2d 669, 670). Further, in response to defendant's request for a new attorney, County Court made an inquiry sufficient to establish that there was no "good cause for substitution" of counsel (*People v Sides,*

75 NY2d 822, 824; *see, People v Medina*, 44 NY2d 199, 207-208; *People v Smith*, 242 AD2d 908, *lv denied* 91 NY2d 897). Finally, the sentence is neither unduly harsh nor severe (*see, People v Perkins*, 130 AD2d 521, *lv denied* 70 NY2d 716). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Burglary, 1st Degree.) Present—Pine, J. P., Wisner, Hurlbutt, Balio and Lawton, JJ.